

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2014

No. 04-13-00870-CV

Frank **HERRERA**, Jr.,
Appellant

v.

**TEXAS STATE BOARD OF PLUMBING EXAMINERS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18829
Honorable Dick Alcala, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to September 2, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court